UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30119 |
|---|---|
| PEGGY ANN CARSON | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083507**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 7 | CINCINNATI BELL TELEPHONE<br>201 EAST FOURTH STREET<br>346 325<br>CINCINNATI, OH  45202 | 5.45 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/21/2011

Certificate of Service         06-30119

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PEGGY ANN CARSON
231 CHOCTAW CIRCLE
FRANKLIN, OH  45005

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(7.1)
CINCINNATI BELL TELEPHONE
201 EAST FOURTH STREET
346 325
CINCINNATI, OH  45202

(20.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(19.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(22.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(18.1n)
WELLS FARGO HOME MORTGAGE
%BANKRUPTCY MAIL MAC#X7801-014
3476 STATEVIEW BLVD
FORT MILL, SC  29715

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv